ABRAHAM LISKER and Another v. JOHN T. PROUT.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

FRANK BARSHEFSKY and Another v. FRANK KROLAND and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

FREDERIC J. MIDDLEBROOK and Another v. DASC REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

INDUSTRIAL ENGINEERING COMPANY v. REPUBLIC STORAGE COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Petition of MARY GRANT MCCANN for the Custody of Her Two Infant Children, JOAN and PATRICIA PROSKAUER, Now in Possession of Their Father, JULIEN J. PROSKAUER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

WILLIAM C. FEATHERS, as Sole Surviving Substituted Trustee, etc., v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY.— Motion for reargument or leave to appeal denied, with ten dollars costs, with leave to defendant to answer within ten days after service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM DERMODY v. KOHLER & CAMPBELL, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of MORRIS FEINBERG for a Writ of Habeas Corpus Directed to and against ETHEL FEINBERG to Produce MAXWELL FEINBERG and HARRIET FEINBERG, Infants.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHNSON & COMPANY, INC., v. GEORGE W. HEUER and Another.— Motion for reargument denied. Motion for resettlement granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

IRENE HARDING v. LOUIS SHERMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FIRST NATIONAL BANK OF BRIDGEPORT, CONNECTICUT, v. VICTOR L. ZORN COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

FRANK GILLMORE, as Treasurer of ACTORS' EQUITY ASSOCIATION, an Unincorporated Association Consisting of Seven or More Members, v. EQUITABLE SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.